LAWRENCE A. ORGAN (SBN 175503)
NAVRUZ AVLONI (SBN 279556)
CIMONE A. NUNLEY (SBN 326915)
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
Tel.:   (415) 453-4740
Fax.:  (415) 785-7352
larry@civilrightsca.com
navruz@civilrightsca.com
cimone@civilrightsca.com

Attorneys for Plaintiff
RHASAUN WHITE

# UNITED STATES DISTRCIT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHASAUN WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 1:20-cv-00090-NONE-BAM<br><br>JOINT STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUTOFF DATE AND ORDER<br><br>Complaint Filed: December 17, 2019<br>Trial Date:       None Set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 143, Plaintiff Rhasaun White ("Plaintiff") and Defendant United Parcel Service, Inc. ("Defendant") (collectively the "Parties"), by and through their respective counsel, hereby submit this Joint Stipulation to Continue the Non-Expert Discovery Cutoff Date. Good cause exists given the unforeseen and difficult circumstances resulting from the Coronavirus Disease 2019 ("COVID-19") pandemic, making it difficult for counsel to safely travel and for the parties to conduct in-person depositions.

As such, the parties request that the Court continue the non-expert discovery date for 90 days, until September 23, 2021. Accordingly, the parties stipulate as follows:

**WHEREAS,** on December 17, 2019, Plaintiff filed his Complaint in California Superior Court;

WHEREAS, on , Defendant removed the proceedings to the United States District Court for the Eastern District of California (Dkt. No. 1);

WHEREAS, this Court granted Plaintiff leave to file an amended Complaint on June 23, 2020, (Dkt. No. 16) and Plaintiff filed his First Amended Complaint on June 30, 2020 (Dkt. No. 17);

WHEREAS, this Court held a scheduling conference on September 3, 2020, and issued a Scheduling Conference Order on September 4, 2020, which the non-expert discovery cutoff date as June 25, 2021 (Dkt. No. 29);

WHEREAS, no trial date has been set in this matter;

WHEREAS, the parties have not previously sought an extension of the non-expert discovery cutoff date;

WHEREAS, good cause exists to continue the non-expert discovery cutoff date, given the unforeseen and difficult circumstances resulting from the COVID-19 pandemic and the various state- and county-level "Stay Home" orders issued throughout 2020 and 2021. These circumstances have impeded the parties' ability to conduct discovery, and precluded the parties from conducting in-person depositions.

NOW THEREFORE, it is hereby stipulated by and between the parties that

1) The non-expert discovery cutoff date shall be continued for 90 days, until September 23, 2021; AND

2) All other pre-trial cutoff dates and deadlines shall remain the same.

IT IS SO STIPULATED.

Dated:                                                      CALIFORNIA CIVIL RIGHTS LAW GROUP


                                                            /s/ Cimone A. Nunley_____
                                                            Lawrence A. Organ, Esq.
                                                            Navruz Avloni, Esq.
                                                            Cimone A. Nunley, Esq.
                                                            Attorneys for Plaintiff
                                                            RHASAUN WHITE

Dated:                                                      LITTLER MENDELSON, P.C.


                                                            /s/ Laura E. Devane_____
                                                            *(as authorized on 4/20/21)*
                                                            Lindbergh Porter, Esq.
                                                            Laura E. Devane, Esq.
                                                            Attorneys for Defendant
                                                            UNITED PARCEL SERVICE, INC.

## **ORDER**

Pursuant to the Parties stipulation, and good cause appearing, the Court HEREBY GRANTS the request. The non-expert discovery cutoff date is continued to September 23, 2021. All other dates in the Court's Scheduling Order (Doc. No. 29.) shall be remain unchanged.
IT IS SO ORDERED.

Dated:   **April 21, 2021**                         /s/ *Barbara A. McAuliffe*_____
                                                            UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION TO CONTINUE NON-EXPERT DISCOVERY CUTOFF AND ORDER
                                                                    CASE NO. 1:20-cv-00090-NONE-BAM