UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHASAUN WHITE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC.; and DOES 1-10 inclusive,<br><br>        Defendants. | Case No. 1:20-cv-00090-NONE-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES**<br><br>(Doc. 36) |

On July 8, 2021, the parties filed a joint stipulation requesting that the Court continue the pretrial deadlines in this action an additional ninety (90) days. (Doc. 36.) The parties contend that good cause exists to extend the deadlines "given the unforeseen and difficult circumstances resulting from the [COVID-19] pandemic, making it difficult for counsel to safely travel and for the parties to conduct in-person depositions." (*Id.* at 2.) The parties request an extension of the non-expert discovery deadline to December 23, 2021, along with an extension of the expert disclosure deadline to December 13, 2021, the supplemental expert disclosure deadline to January 13, 2022, the expert discovery cutoff date to February 14, 2022, and the pretrial motion filing deadline to March 14, 2022. (Doc. 36 at 3.) The Court previously granted the parties a 90-day extension of the non-expert discovery cutoff date to September 23, 2021, but did not modify any other Scheduling Order deadlines. (Doc. 34.)

1

Having considered the parties' stipulation, and good cause appearing, the request to continue the pretrial deadlines is GRANTED. The pretrial deadlines in this matter are CONTINUED as follows:

| | |
|---|---|
| Non-expert discovery: | December 23, 2021 |
| Expert disclosure: | December 13, 2021 |
| Supplemental expert disclosure: | January 13, 2022 |
| Expert discovery: | February 14, 2022 |
| Pretrial motion filing deadline: | March 14, 2022 |

In addition, to accommodate the modification of the pretrial discovery deadlines granted herein, the Pretrial Conference currently set for May 9, 2022 is CONTINUED to **November 7, 2022, at 1:30 p.m. in Courtroom 4 (NONE)** and, pursuant to the Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California (Doc. 5-1), will be presided over by United States District Judge Dale A. Drozd.

The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such further difficulties should be explained.

IT IS SO ORDERED.

Dated: **July 13, 2021** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2