Lindbergh Porter, Jr., Bar No. 100091
lporter@littler.com
LITTLER MENDELSON P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: (415) 433-1940
Facsimile: (415) 399-8490

Laura E. Devane, Bar No. 314064
ldevane@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue, Suite 302
Fresno, CA 93704-2225
Telephone: (559) 244-7500
Facsimile: (559) 244-7525

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

Lawrence A. Organ, Bar No. 175503
larry@civilrightsca.com
Julianne K. Stanford, Bar No. 290001
navruz@civilrightsca.com
Cimone A. Nunley, Bar No. 326915
cimone@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352

Attorneys for Plaintiff
RHASAUN WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHASUN WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 1:20-cv-00090-NONE-BAM<br><br>**JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES**<br><br>Mag. Judge: Barbara A. McAuliffe<br><br>Trial Date:    None Set<br>Complaint Filed: December 17, 2019<br>Fresno County Superior Court<br>Case No. 19CECG04523 |

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO CONTINUE
PRETRIAL DEADLINES                  1                  1:20-CV-00090-NONE-BAM

Pursuant to Civil Local Rule 143, Plaintiff Rhasaun White ("Plaintiff") and Defendant United Parcel Service, Inc. ("Defendant") (collectively the "Parties"), by and through their respective counsel, hereby submit this Joint Stipulation to Continue Pretrial Deadlines. Good cause exists given the unforeseen and difficult circumstances resulting from the continuing effects and impacts of Coronavirus Disease 2019 ("COVID-19") pandemic, making it difficult for counsel to safely travel and for the parties and non-parties witnesses to conduct in-person depositions; the court's stay of this case; and dockets backlogs due to unfilled vacancies in the court.

The parties previously requested and the court on July 13, 2021, granted a continuation of discovery cutoff and pretrial dates based on the parties then-anticipated trial date in early 2022. However, due to the court's docket, the cut off dates and pretrial date were continued to November 7, 2022. No trial date was set.

On September 10, 2021, counsel for Defendant Laura Devane notified Plaintiff she was going on maternity leave. As a result of Ms. Devane's absence, the parties have been unable to proceed with scheduling depositions for witnesses in this matter, virtually all of whom are represented by Defendant.

On October 28, 2021, the Court notified the parties in its Order of Clarification (Dkt. No. 38) that due to continuing vacancies all cases assigned "NONE" are "effectively STAYED until further notice" and scheduled hearings and trials will be continued or vacated. This means the earliest trial date is, at a minimum, one year away. As a result of this development, the parties are working to select a private mediator, in the hopes of resolving Plaintiff's claims via a good-faith settlement.

In light of the foregoing circumstances, the parties request that the Court continue the various discovery deadlines and pretrial motion deadlines, so the parties can complete fact discovery and return to private mediation before retaining experts or filing their pre-trial motions. Accordingly, the parties stipulate as follows:

WHEREAS, on December 17, 2019, Plaintiff filed his Complaint in California Superior Court;

WHEREAS, on January 17, 2020, Defendant removed the proceedings to the United States District Court for the Eastern District of California (Dkt. No. 1);

WHEREAS, the pretrial conference is now November 7, 2022;

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO CONTINUE
PRETRIAL DEADLINES                    2                    1:20-CV-00090-NONE-BAM

1  WHEREAS, no trial date has been set in this matter;

2  WHEREAS, good cause exists to continue the discovery and disclosure deadlines and cutoffs, and pretrial motion filing deadline, to allow the parties an opportunity to complete fact discovery and attend private mediation; and

5  NOW THEREFORE, it is hereby stipulated by and between the parties that

6  1) The non-expert discovery cutoff date shall be continued to April 30, 2022;

7  2) The expert disclosure deadline shall be continued to May 31, 2022;

8  3) The supplemental expert disclosure deadline shall be continued to June 31, 2022;

9  4) The expert discovery cutoff date shall be continued to July 31, 2022; and

10 5) The pretrial motion filing deadline shall be continued to a new date set by the court in light of the October 28, 2021, Court Order of Clarification (Dkt. No. 38).

**IT IS SO STIPULATED.**

**Dated:** November 12, 2021

CALIFORNIA CIVIL RIGHTS LAW GROUP

/s/ Cimone A. Nunley
Lawrence A. Organ, Esq.
Julianne K. Stanford, Esq.
Cimone A. Nunley, Esq.
Attorneys for Plaintiff

Attorneys for Plaintiff
RHASAUN WHITE

Dated: November 12, 2021

LITTLER MENDELSON P.C.

/s/ Lindbergh Porter
*(as authorized on 11/11/21)*
Lindbergh Porter, Esq.
Laura E. Devane, Esq.
Attorneys for Defendant
UNITED PARCEL SERVICE, INC

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES    3    1:20-CV-00090-NONE-BAM

# ORDER

Based upon the Parties' Stipulation, and good cause having been shown, IT IS HEREBY ORDERED THAT the pretrial deadlines in this matter be continued as follows:

1) The non-expert discovery cutoff date shall be continued to April 30, 2022;

2) The expert disclosure deadline shall be continued to May 31, 2022;

3) The supplemental expert disclosure deadline shall be continued to June 30, 2022; and

4) The expert discovery cutoff date shall be continued to July 29, 2022.

In addition, to accommodate the modification of the pretrial discovery deadlines granted herein, the Pretrial Motion Filing Deadline is continued to **August 19, 2022**, and the Pretrial Conference currently set for November 7, 2022, is continued to **January 13, 2023, at 1:30 p.m. in Courtroom 4 (NONE)**.

The parties are again cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such further difficulties should be explained.

IT IS SO ORDERED.

Dated:   **November 15, 2021**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES   4   1:20-CV-00090-NONE-BAM