Richard Harris, *Pro Hac Vice*
rharris@littler.com
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321
Tel.: (267) 402-3040
Fax: (267) 285-4321

Alan Sims, Bar No. 328346
alsim@littler.com
LITTLER MENDELSON, P.C.
633 West Fifth Street, 63rd Floor
Los Angeles, CA 90071
Tel.: (213) 443-4268
Fax: (213) 325-0143

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

Lawrence A. Organ, Bar No. 175503
larry@civilrightsca.com
Julianne K. Stanford, Bar No. 290001
navruz@civilrightsca.com
Cimone A. Nunley, Bar No. 326915
cimone@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone:  (415) 453-4740
Facsimile:   (415) 785-7352

Attorneys for Plaintiff
RHASAUN WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHASUN WHITE,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED PARCEL SERVICE, INC.; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 1:20-cv-00090-NONE-BAM<br><br>**JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES**<br><br>Mag. Judge: Barbara A. McAuliffe<br><br>Trial Date: None Set<br>Complaint Filed: December 17, 2019<br>Fresno County Superior Court<br>Case No. 19CECG04523 |

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO CONTINUE
PRETRIAL DEADLINES                          1                          1:20-CV-00090-NONE-BAM

Pursuant to Civil Local Rule 143, Plaintiff Rhasaun White ("Plaintiff") and Defendant United Parcel Service, Inc. ("Defendant") (collectively the "Parties"), by and through their respective counsel, hereby submit this Joint Stipulation to Continue Pretrial Deadlines. Good cause exists given the unforeseen and difficult circumstances resulting from the continuing effects and impacts of Coronavirus Disease 2019 ("COVID-19") pandemic, making it difficult for counsel to safely travel and for the parties and non-parties witnesses to conduct in-person depositions; the court's stay of this case; and dockets backlogs due to unfilled vacancies in the court.

The parties previously requested and the court on July 13, 2021, granted a continuation of discovery cutoff and pretrial dates based on the parties then-anticipated trial date in early 2022. However, due to the court's docket, the cut off dates and pretrial date were continued to November 7, 2022. (Dkt. 37) No trial date was set.

On September 10, 2021, counsel for Defendant Laura Devane notified Plaintiff she was going on maternity leave. As a result of Ms. Devane's absence, the parties have been unable to proceed with scheduling depositions for witnesses in this matter, virtually all of whom are represented by Defendant. The parties thus requested a 90-day continuance of the pretrial deadlines, and the Court granted the continuance on November 16, 2021. (Dkt. 41).

On October 28, 2021, the Court notified the parties in its Order of Clarification (Dkt. No. 38) that due to continuing vacancies all cases assigned "NONE" are "effectively STAYED until further notice" and scheduled hearings and trials will be continued or vacated. This means the earliest trial date is, at a minimum, one year away.

On January 3, 2022, counsel for Defendant, Lindbergh Porter, notified Plaintiff of his pending retirement related to personal and family reasons. This required Plaintiff to take all pending depositions off-calendar while alternative counsel was assigned to the case. This development has impeded Plaintiff's ability to depose key

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

JOINT STIPULATION TO CONTINUE
PRETRIAL DEADLINES                    2                    1:20-CV-00090-NONE-BAM

witnesses in the case and impeded the parties' ability to schedule a good-faith mediation to seek an out-of-court resolution of Plaintiff's claims.

In late January 2022, Richard Harris and Alan Sims substituted in as counsel for, replacing Mr. Porter and Ms. Devane as counsel for Defendant. Mr. Harris and Mr. Sims were not involved in this matter prior to January 2022. Since inheriting this matter, Mr. Harris and Mr. Sims have begun their own assessment of the facts and issues involved in this matter to develop a proper defense for Defendant. Indeed, this analysis has required Mr. Harris and Mr. Sims to conduct their own investigation of the facts, including interviewing several key witnesses.

To this end, and due to litigation events in separate matters that existed on Mr. Harris and Mr. Sims's calendars prior to their involvement in the instant action, Defendant has encountered numerous scheduling conflicts, causing delays which has unfortunately prevented Mr. Harris and Mr. Sims from completing several litigation tasks within the short two-month timespan since inheriting this litigation.

While Mr. Harris and Mr. Sims have analyzed the case, Plaintiff has been unable to conduct any depositions of key witnesses. Despite repeated requests from Plaintiff's counsel, the earliest dates Mr. Sims and Mr. Harris have provided for depositions in this matter are in late May of 2022. To date, Plaintiff has only been able to schedule two witness depositions, out of the approximately twenty witnesses represented by Defendant in this matter.

The Parties are scheduled to attend mediation on May 11, 2022 and are hopeful that they can resolve this matter informally.

However, if the Parties are unable to resolve this matter at mediation on May 11, 2022, the Parties will proceed with Plaintiff's deposition, and the depositions of at least ten, and up to twenty, UPS employees, which Plaintiff seeks to depose.

In light of the foregoing circumstances, the parties request that the Court briefly continue the various discovery deadlines and pretrial motion deadlines, so the parties can return to private mediation without incurring the costs of additional fact

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO CONTINUE
PRETRIAL DEADLINES                3                1:20-CV-00090-NONE-BAM

discovery, retaining experts, or filing their pre-trial motions. Should this matter not settle at mediation, the parties will resume fact discovery.

Accordingly, the parties stipulate as follows:

WHEREAS, on December 17, 2019, Plaintiff filed his Complaint in California Superior Court;

WHEREAS, on January 17, 2020, Defendant removed the proceedings to the United States District Court for the Eastern District of California (Dkt. No. 1);

WHEREAS, no trial date has been set in this matter;

WHEREAS, good cause exists to continue the discovery and disclosure deadlines and cutoffs, and pretrial motion filing deadline, to allow the parties an opportunity to complete fact discovery and attend private mediation; and

NOW THEREFORE, it is hereby stipulated by and between the parties that:

1) The non-expert discovery cutoff date shall be continued to September 27, 2022;
2) The expert disclosure deadline shall be continued to October 28, 2022;
3) The supplemental expert disclosure deadline shall be continued to November 28, 2022;
4) The expert discovery cutoff date shall be continued to December 28, 2022; and
5) The pretrial motion filing deadline shall be continued to a new date set by the court in light of the October 28, 2021, Court Order of Clarification (Dkt. No. 38).

[THIS SPACE INTENTIONALLY LEFT BLANK]
[SIGNATURES ON NEXT PAGE]

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES   4   1:20-CV-00090-NONE-BAM

**IT IS SO STIPULATED.**

Dated: April 29, 2022	CALIFORNIA CIVIL RIGHTS LAW GROUP


*/s/ Cimone A. Nunley*_____
Lawrence A. Organ, Esq.
Julianne K. Stanford, Esq.
Cimone A. Nunley, Esq.
Attorneys for Plaintiff

Attorneys for Plaintiff
RHASAUN WHITE


Dated: April 29, 2022	LITTLER MENDELSON P.C.


*/s/ Richard Harris*_____
Richard Harris
Alan Sims

Attorneys for Defendant
UNITED PARCEL SERVICE, INC

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

JOINT STIPULATION TO CONTINUE
PRETRIAL DEADLINES	5	1:20-CV-00090-NONE-BAM

# **ORDER**

Based upon the Parties' Stipulation, and good cause having been shown, IT IS HEREBY ORDERED THAT the pretrial deadlines in this matter be continued as follows:

1) The non-expert discovery cutoff date shall be continued to September 27, 2022;

2) The expert disclosure deadline shall be continued to October 28, 2022;

3) The supplemental expert disclosure deadline shall be continued to November 28, 2022;

4) The expert discovery cutoff date shall be continued to December 28, 2022; and

5) The pretrial motion filing deadline shall be continued to January 20, 2023;

In addition, to accommodate the modification of the pretrial discovery deadlines granted herein, the Pretrial Conference currently set for March 24, 2023, is continued to **June 23, 2023 at 1:30 pm in Courtroom 4 (JLT).** Further, the Court sets a status conference for **June 13, 2022, to 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties should be prepared to discuss the status of the case and completion of discovery. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required. If the parties file a notice of settlement after their scheduled mediation, the status conference will be vacated.

///
///
///
///
///
///
///
///
///

JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES        6        1:20-CV-00090-NONE-BAM

The parties are again warned that further modification of the Scheduling Order will not be granted absent a demonstrated showing of good cause, which will be narrowly construed. Fed. R. Civ. P 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Further, any additional requests for modification of the Scheduling Order will result in the Court holding a status conference to discuss the matter.

IT IS SO ORDERED.

Dated: **May 4, 2022**               /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION TO CONTINUE
PRETRIAL DEADLINES                        7                      1:20-CV-00090-NONE-BAM