Richard Harris, *Pro Hac Vice*
rharris@littler.com
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321
Tel.: (267) 402-3040
Fax: (267) 285-4321

Alan Sims, Bar No. 328346
alsims@littler.com
LITTLER MENDELSON, P.C.
633 West Fifth Street, 63rd Floor
Los Angeles, CA 90071
Tel.: (213) 443-4268
Fax: (213) 325-0143

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

Lawrence A. Organ, Bar No. 175503
larry@civilrightsca.com
Julianne K. Stanford, Bar No. 290001
navruz@civilrightsca.com
Cimone A. Nunley, Bar No. 326915
cimone@civilrightsca.com
CALIFORNIA CIVIL RIGHTS LAW GROUP
332 San Anselmo Avenue
San Anselmo, California 94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352

Attorneys for Plaintiff
RHASAUN WHITE

**UNITED STATES DISTRCIT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RHASAUN WHITE,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC.; and DOES 1-10, inclusive,<br><br>       Defendants. | Case No. 1:20-cv-00090-NONE-BAM<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINE TO DISMISS ACTION<br><br>Complaint Filed: December 17, 2019<br>Trial Date:         None Set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 160 and Rule 16 of the Federal Rules of Civil Procedure, Plaintiff Rhasaun White ("Plaintiff") and Defendant United Parcel Service, Inc. ("Defendant") (collectively the "Parties"), by and through their respective counsel, hereby submit this Joint Stipulation to continue the deadline to dismiss this action.

The parties hereby stipulate as follows:

WHEREAS, on December 17, 2019, Plaintiff filed his Complaint in California Superior Court;

WHEREAS, Defendant removed the proceedings to the United States District Court for the Eastern District of California (Dkt. No. 1);

WHEREAS, this Court granted Plaintiff leave to file an amended Complaint on June 23, 2020, (Dkt. No. 16) and Plaintiff filed his First Amended Complaint on June 30, 2020 (Dkt. No. 17);

WHEREAS, on May 5, 2022, this Court issued an Order continuing the pretrial deadlines in this matter to afford the parties an opportunity to attend private mediation and seek resolution of this matter (Dkt. No. 52);

WHEREAS, the parties attended private mediation on June 3, 2022;

WHEREAS, the parties continued settlement negotiations following mediation, and agreed to resolve Plaintiff's claims in their entirety on June 7, 2022;

WHEREAS, the parties are currently preparing a written settlement agreement;

WHEREAS, Plaintiff will file a request for dismissal of his claims with prejudice upon receipt of the settlement funds;

WHEREAS, this Court previously set a deadline of July 5, 2022, to dismiss this action with prejudice;

WHEREAS, this Court continued the deadline to dismiss this action with prejudice to August 19, 2022 (Dkt. No. 56);

WHEREAS, the parties continue to negotiate the preparation of a written settlement agreement;

NOW THEREFORE, it is hereby stipulated by and between the parties that the Court continue the August 19, 2022 deadline to dismiss this action for 45 days, to October 3, 2022, in light of the pending settlement.

IT IS SO STIPULATED.

Dated: 8/9/22                                         CALIFORNIA CIVIL RIGHTS LAW GROUP

                                                   /s Cimone Nunley
Lawrence A. Organ, Esq.
Julianne Stanford, Esq.
Cimone A. Nunley, Esq.
Attorneys for Plaintiff
RHASAUN WHITE

Dated: 8/9/22                                         LITTLER MENDELSON, P.C.

                                                   /s Alan Sims
*(as authorized on 8/8/22)*
Richard Harris, Esq.
Alan Sims, Esq.
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

### ORDER

Based upon the Parties' Stipulation, and good cause having been shown, IT IS HEREBY ORDERED THAT the August 19, 2022 deadline to dismiss the instant action is CONTINUED for 45 days, to October 3, 2022.

IT IS SO ORDERED.

Dated:   **August 10, 2022**                         /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE